# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Stira Pharmaceuticals, LLC | 1/31/2023 | Wire | $ 200,000.00 |
| | | | | $ 200,000.00 |